374 A.2d 730

Troilo, et al., Appellant, v. Philadelphia
Electric Company.

Argued December 7, 1976. Jonathan H.
DeYoung, for appellant; Gilbert P. High, Jr., and Michael C.
Shields, for appellee.

Order affirmed.

HOFFMAN and VAN der VOORT, JJ., dissent.

374 A.2d 731

United Industrial Corporation v. Shreiber, et
al., Appellants.

Ar-
gued March 21, 1977. Raymond M. Victor, with him Gary
Gusoff, for appellants; Stephen J. Springer, with him La-
Brum and Doak, for appellee.

Order affirmed.